UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JIMMY O. CALDERON,

    Plaintiff,

v.                                                         Case No: 6:13-cv-630-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's appeal of an administrative decision denying his application for Supplemental Social Security Income benefits. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 14) and there being no objections filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED.** The decision of the Commissioner is **AFFIRMED.** Clerk of the Court is directed to issue a judgment consistent with this Order and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___25___ day of March, 2014.

                                                  G. KENDALL SHARP
                                                  Senior United States District Judge

Copies to:
Counsel of Record